```
Susan Foley   SB 234319
LAW OFFICES OF SUSAN FOLEY
763 Polhemus Road, Suite 2
San Mateo, CA  94402
Tel: (650) 345-2300
Fax: (650) 345-2302

Attorney for
SB

Defendant
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| THE CABRILLO UNIFIED SCHOOL DISTRICT,<br><br>              Plaintiff,<br><br>vs.<br><br>SB,<br><br>              Defendant. | CASE NO. CV-09-05144 SC<br><br>STIPULATION OF PARTIES TO BRIEFING/HEARING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT IN LIEU OF APPEARANCES AT CASE MANAGEMENT CONFERENCE<br><br>DATE OF CMC: 4/9/10<br>TIME: 10:00 A.M.<br>CTRM: 1, 17th Floor |
|---|---|

In lieu of appearances at the Case Management Conference scheduled for April 9, 2010, at 10:00 a.m., in the Honorable Samuel Conti's courtroom, the parties stipulate to the following briefing and hearing schedule:

    September 17, 2010    Cross-Motions for Summary Judgment to be filed;

    October 1, 2010    Oppositions to Motions for Summary Judgment to be filed;

STIPULATED BRIEFING SCHEDULE IN LIEU OF APPEARANCES AT CMC

| | | |
|---|---|---|
| 1 | October 8, 2010 | Reply Briefs to Oppositions to be filed; |
| 2 | | |
| 3 | October 22, 2010  10:00 a.m. | Hearing on Cross-Motions for Summary Judgment Courtroom 1 |

DATED:   April 7, 2010

SAN MATEO COUNTY COUNSEL

By_____/s/_____
   John Nibbelin
   Attorney for Plaintiff,
   Cabrillo Unified School District

DATED:   April 7, 2010

LAW OFFICES OF SUSAN FOLEY

By_____/s/_____
   SUSAN FOLEY
   Attorney for Defendant, SB

**ORDER**

It is hereby Ordered that the briefing and hearing schedule outlined above is an Order of the Court.

Dated: April 9, 2010

_____
Samuel Conti, United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

STIPULATED BRIEFING SCHEDULE IN LIEU OF APPEARANCES AT CMC