1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: John D. Nibbelin, Deputy (SBN 184603)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA  94063
   Telephone: (650) 363-4757
4  Facsimile:  (650) 363-4034
   E-mail:  jnibbelin@co.sanmateo.ca.us
5
   Attorneys for Plaintiff
6  CABRILLO UNIFIED SCHOOL DISTRICT

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 CABRILLO UNIFIED SCHOOL DISTRICT,         Case No. C 09-05144 SC

12              Plaintiff,                   **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**
         vs.
13
   S.B., A Minor Student,                    **[Fed.R.Civ.Proc. Rule 41(a)(1)]**
14
                Defendant.
15

16      **IT IS HEREBY REQUESTED AND STIPULATED** by plaintiff, Cabrillo Unified School

17 District, and stipulated by Defendant, through their respective attorneys of record that, pursuant to Rule

18 41(a) of the Federal Rules of Civil Procedure, this Court enter a voluntary dismissal with prejudice of

19 Minor Student, the remaining defendant in this matter (the Office of Administrative Hearings) having

20 been dismissed by prior action of this Court.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27      ///

28

        Case No. C 09-05144 SC
        STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Additionally, in light of the fact that the parties have resolved this case, plaintiff requests that its complaint be dismissed with prejudice in its entirety and defendant stipulates to such dismissal.

Respectfully submitted,

Dated: September 22, 2010.                MICHAEL P. MURPHY, COUNTY COUNSEL

By: _____/s/_____
       John D. Nibbelin, Deputy

Attorneys for Plaintiff
CABRILLO UNIFIED SCHOOL DISTRICT

Dated: September 21, 2010.

By: _____/s/_____
       Susan Foley, Esq.

Attorney for Defendant, S.B.

**[PROPOSED] ORDER**

In light of the foregoing stipulation of the parties, the Court hereby DISMISSES defendant, S.B., with prejudice and, further the Court hereby DISMISSES this Complaint with prejudice.

IT IS SO ORDERED

Dated: September 23, 2010

_____
SAMUEL CONTI
United States District Judge

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Samuel Conti]*

Case No. C 09-05144 SC                           2
STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE